IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

---

ATLANTIC RECORDING
CORPORATION, a Delaware
corporation; UMG RECORDINGS, INC.,
a Delaware corporation; and SONY BMG
MUSIC ENTERTAINMENT, a Delaware
general partnership,

        Plaintiffs,

vs.

TANYA DONAHUE, TONY
DONAHUE,

        Defendants.

Civil File No.: 05-1882 JRT/JSM

**ORDER FOR JUDGMENT AND
PERMANENT INJUNCTION**

---

Felicia J. Boyd, Kara L. Benson, Michelle A. Paninopoulos and Laura G. Coates, **FAEGRE & BENSON LLP**, 90 South Seventh Street Suite 2200, Minneapolis, MN 55402 for plaintiffs.

John Wallace Hayes, **HAYES LAW OFFICE**, 321 NE 4th St, Grand Rapids, MN 55744

The Court, having considered the Stipulation to Judgment and Permanent Injunction (Docket No. 13) executed by the parties,

IT IS ORDERED AND ADJUDGED THAT:

1.    Plaintiffs have alleged that Defendants distributed (including by uploading) and/or reproduced (including by downloading) via the Internet or an online media

distribution system copyrighted sound recordings owned or controlled by the Plaintiffs, without Plaintiffs' authorization, in violation of 17 U.S.C. § 501.  Without admitting or denying liability, Defendants have not contested plaintiffs' allegations, and have acknowledged that such conduct is wrongful.

2.     Defendants shall pay to Plaintiffs in settlement of this action the sum of $8750.00.

3.     Defendants shall pay Plaintiffs' costs of suit (complaint filing fee and service of process fee) in the amount of $250.00.

4.     Defendants shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by:

a.     using the Internet or any online media distribution system to reproduce (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs; or

b.      causing, authorizing, permitting, or facilitating any third party to access the Internet or any online media distribution system through the use of an Internet connection and/or computer equipment owned or controlled by Defendants, to reproduce (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.

Defendants also shall destroy all copies of Plaintiffs' Recordings that Defendants and/or any third party that have used the Internet connection and/or computer equipment owned or controlled by Defendants have downloaded without Plaintiffs' authorization onto any computer hard drive or server owned or controlled by Defendants, and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendants' possession, custody, or control.

5.      Defendants irrevocably and fully waive notice of entry of the Judgment and Permanent Injunction, and understand and agree that violation of the Judgment and Permanent Injunction will expose Defendants to all penalties provided by law, including for contempt of Court.

6.      Defendants irrevocably and fully waive any and all right to appeal this Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a

new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.


7.      Nothing contained in the Judgment and Permanent Injunction shall limit the right of Plaintiffs to recover damages for any and all infringements by Defendants of any right under federal copyright law or state law occurring after the date Defendants execute the Stipulation to Judgment and Permanent Injunction.


8.      Defendants shall not make any public statements that are inconsistent with any term of the Stipulation to Judgment and Permanent Injunction.


9.      The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this final Judgment and Permanent Injunction.


Dated: August 2, 2006
at Minneapolis, Minnesota

s/John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge